# DECLARATION OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF CALIFORNIA | CASE NO:   16CV2774-MMA-MDD |
| STATE OF | COURT DATE: |
| County of | COURT TIME:   00:00:00 |
| **PLAINTIFF:** | **DEFENDANTS:** |
| LUMINENCE, LLC | DR. DISCOUNT M.D. LLC |
| | 5031 E SLEEPY RANCH RD |
| | CAVE CREEK, AZ 85331 |

The declarant, being duly sworn, states: I am fully qualified under Rule 4(d) Ariz.R.Civ.P. to serve process in this action, having been so appointed by the court; I received and served the following documents in the manner described below:

| | |
|---|---|
| DOCUMENT TYPE: | **2 SETS OF THE FOLLOWING DOCUMENTS: SUMMONS IN A CIVIL ACTION; PROOF OF SERVICE; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT; COMPLAINT, JURY DEMAND; $25.00 CHECK PAYABLE TO THE ARIZONA CORPORATION COMMISSION** |
| PERSON(S) SERVED: | DR. DISCOUNT M.D. LLC (Defendant) |
| PLACE OF SERVICE: | USUAL PLACE OF BUSINESS |
| | 1200 W. WASHINGTON |
| | PHOENIX, AZ 85007 |

By delivering 2 SET(S) true copies to: MARY LEE, CLERK WITH AZ CORPORATION COMMISSION

Notes: MARY LEE IS A CLERK AUTHORIZED TO ACCEPT SERVICE ON THE BEHALF OF THE ARIZONA CORPORATION COMMISSION.

| | |
|---|---|
| FILE #: | 143335 |
| REF #: | 2016009359 paid, 2ND ROUND OF ATTEMPTS |
| DATE OF SERVICE: | 3/1/2017 |
| TIME OF SERVICE: | 14:48:00 |
| Next Action: | No Further Action |

I declare under penalty of perjury that the foregoing is true and correct.
Signed on the 2nd day of March, 2017

FEES:   $75.00   Service Fee
　　　　$75.00   Total

*Thomas P. Zollars* (signature)

**DECLARANT'S SIGNATURE**
Tom Zollars

Process server licensed in Maricopa County

SUPERIOR PROCESS SERVICES, INC.
7701 E. Indian School Suite E
Scottsdale, Arizona 85251
(480) 429-6886